# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICIA BROWN | * | NO. 18-8088 |
| VERSUS | * | |
| MARLIN N. GUSMAN, ET AL | * | SECTION "J" (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER AND DEFENSES

NOW INTO COURT, through undersigned counsel come defendant, Marlin N. Gusman, the Sheriff of Orleans Parish, who answers petitioners' Complaint as follows:

## FIRST DEFENSE

The Complaint fails to state a claim against the defendant upon which relief can be granted.

## SECOND DEFENSE

The Court is without jurisdiction in this matter, inasmuch as there is no diversity of citizenship between the parties hereto.

## THIRD DEFENSE

The Court is without jurisdiction in this matter, inasmuch as the amount of controversy exclusive of interests and costs does not exceed the sum and value of $75,000.00

## FOURTH DEFENSE

Defendant categorically paragraph by paragraph alleges and avers as follows:

1.

The allegations of paragraph I of the complaint are denied for lack of sufficient information to justify a belief therein.

2.

The allegations of paragraph II of the complaint are denied.

3.

The allegations of paragraph III of the complaint are admitted only as to the status of this defendant. All other allegations are denied.

4.

The allegations of paragraph IV of the complaint are denied.

5.

The allegations of paragraph V of the complaint are denied.

6.

The allegations of paragraph VI of the complaint are denied.

7.

The allegations of paragraph VII of the complaint are denied.

8.

The allegations of paragraph VIII of the complaint are denied.

9.

The allegations of paragraph IX of the complaint are denied.

10.

The allegations of paragraph X of the complaint are denied.

11.

The allegations of paragraph XI of the complaint are denied.

12.

The allegation of paragraph XII of the complaint are not directed to this defendant and therefore require no response. To the extent a response is required, same is denied.

13.

The allegations of paragraph XIII of the complaint are denied.

14.

The allegations of paragraph XIV of the complaint are denied.

**FIFTH DEFENSE**

The Court is without jurisdiction as to all claims asserted by the complainants in this matter, inasmuch as the Complaint fails to state a proper claim of relief under the Constitution of the United States or any United States statute.

**SIXTH DEFENSE**

Defendant herein pleads that any action taken by him was done in good faith and with probable cause, without malice and under laws believed to be constitutional.

**SEVENTH DEFENSE**

That the deceased by virtue of his own actions and conduct was guilty of negligence and/or contributory negligence and/or assumption of the risk, all of which will be more fully shown at the trial of this matter.

**EIGHTH DEFENSE**

Defendant avers that at all times herein, his actions were reasonable, justified and legally

permissible under the circumstances.

## NINTH DEFENSE

Defendant specifically pleads that he is entitled to and protected by the qualified immunity afforded to public officials for acts committed during the course of their official duties.

## TENTH DEFENSE

Despite having adequate and reasonable opportunity to do so, complainants failed to mitigate their damages so that any recovery sought herein should be reduced or be precluded entirely.

## ELEVENTH DEFENSE

In the alternative, defendant herein specifically pleads the fault of third parties as a legal cause of any damages that complainants may have sustained as a result of the incident complained of in this lawsuit.

## TWELFTH DEFENSE

As a political subdivision of the State of Louisiana, defendant is entitled to and hereby pleads the statutory limitation of liability, costs and interest contained in LSA-R.S. 13:5106 and LSA-R.S. 13:5112, as well as any other statutory or jurisprudential limitation of liability, costs, and interest available to defendant under the law.

## THIRTEENTH DEFENSE

As a political entity defendant is entitled to and hereby pleads the statutory limitation of liability as provided for in LSA-R.S. 9:2798.1.

WHEREFORE, defendant prays that this answer be deemed good and sufficient and after due proceedings there be judgment herein dismissing complaints' Complaint with prejudice and at their costs.

Respectfully submitted,

**ORLEANS PARISH SHERIFF'S OFFICE**

_____*/s/ Freeman R. Matthews*_____
BLAKE J. ARCURI (LSBN 32322)
LAURA C. RODRIGUE (LSBN 30428)
FREEMAN R. MATTHEWS (LSBN 9050)
Orleans Parish Sheriff's Office
2800 Perdido St.
New Orleans, LA 70119
Telephone: 504.493.2107; Fax: 504.202.9454
arcurib@opso.us; rodriguela@opso.us
*COUNSEL FOR DEFENDANT*
**-PUBLIC ENTITY/FEE EXEMPT-**
**(See La. R.S. 13:4521 & 13:5112)**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 29th day of November 2018, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participant(s) by United States Mail, properly addressed and postage pre-paid.

_____*/s/Freeman R. Matthews*_____